**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Darry Lynn Porter, Appellant,

v.

South Carolina Department of Corrections, Respondent.

Appellate Case No. 2011-196868

Appeal From Greenville County
D. Garrison Hill, Circuit Court Judge

Unpublished Opinion No. 2013-UP-220
Submitted April 1, 2013 – Filed May 22, 2013

**AFFIRMED**

Darry Porter, pro se.

Christopher D. Florian, of the South Carolina Department of Corrections, of Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: Rule 29(a), SCRCrimP ("Except for motions for new trials based on after-discovered evidence, post-trial motions shall be made within ten (10) days after the imposition of the sentence."); *State v. Warren*, 392 S.C. 235, 237, 708 S.E.2d 234, 235 (Ct. App. 2011) ("In criminal cases, the appellate court reviews

only errors of law and is bound by the factual findings of the trial court unless the findings are clearly erroneous."); *id.* at 240, 708 S.E.2d at 236 (holding an inmate's motion to reconsider her sentence was untimely because the motion was not filed within the ten day limit prescribed by Rule 29, SCRCrimP).

**AFFIRMED.**[1]

**FEW, C.J., and GEATHERS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.